# EXHIBIT "2"



**ANDREW E. HALL**
**CHIEF OF POLICE**

# City of Westminster
## Police Department

8200 Westminster Boulevard
Westminster, California 92683
(714) 898-3315 · FAX: (714) 898-5932

MARGIE L. RICE
MAYOR

TRI TA
MAYOR PRO TEM

TYLER DIEP
COUNCIL MEMBER

FRANK G. FRY
COUNCIL MEMBER

ANDY QUACH
COUNCIL MEMBER

DONALD D. LAMM
CITY MANAGER

September 24, 2009

Mr. Robin Sergi, Attorney at Law
Lackie, Dammeier & McGill, APC
367 North Second Avenue
Upland, CA 91786
Fax # 909.985.3299

RE: Notice of Termination

Dear Mr. Sergi,

On September 16, 2009, I met with you and Sergeant Bill Arganda to conduct a Skelly meeting following my issuance of a Notice of Intent to Terminate on August 11, 2009. This Notice of Intent to Terminate arose from findings made during an administrative investigation of policy violations.

After careful consideration of information provided by you and Sergeant Arganda, I have concluded there is sufficient evidence to sustain findings that Sergeant Arganda violated Westminster Police Department Policy and Procedure. Accordingly, the disposition of this matter will be one of "Termination." Sergeant Bill Arganda's employment with the City of Westminster Police Department is terminated effective 0800 hours, September 24, 2009.

Termination is based on my review of an administrative report prepared by Lt. Derek Marsh and my determination you improperly accessed the California Law Enforcement Telecommunication System (CLETS) 96 times, in regard to 15 people, for non-law enforcement purposes violating the following:

1) City of Westminster Personnel Policy Manual:
    A) Article II, Section 2, Subsection C – improper use of city equipment for personal advantage.
    B) Article X, Section 3, Subsection 11 – unauthorized use of city equipment for private or personal purposes.
    C) Article X, Section 3, Subsection 19 – violation of departmental rules and regulations.

2) Westminster Police Department Policy Manual:
    A) Section 340.3 (m) – exceeding lawful peace officer powers.

*Service with Integrity*

Notice of Termination
September 24, 2009
Page two

      B) Section 340.3 (o) – conduct contrary to the good order of the department.
      C) Section 340.3 (ee) – violation of California Penal Code Section 502 and California Vehicle Code Section 1808.45.
      D) Section 340.3 (jj) – Misuse of the Clets system.

The specific victims I am basing this action upon are as follows:
    Jennifer Latham (7 violations)
    Sandra Villareal (14 violations)
    Courtney Friel (3 violations)
    Jane Archer (10 violations)
    Amy Belanger (5 violations)
    Dayna Bockman (4 violations)
    Christie Goodsell (7 violations)
    Melinda Tyler (5 violations)
    Patrick Sweeney (15 violations)
    Krista Olivas Easton (1 violation)
    Christine Manlapeg (1 violation)
    Sue Norman (18 violations)
    Kandyce Nelson (1 violation)
    Stephanie Otto (3 violations)
    Sheri Peasley (2 violations)

Full facts on each of these violations are detailed in Lt. Marsh's administrative report.

**Appeal Procedure**:
If you believe this action is not appropriate, you may request a post-disciplinary appeal before the City Manager, Don Lamm, by providing notice to his office no later than 1600 on Friday October 9, 2009; however, termination is effective immediately.

Notice should be made by contacting the City Manager's Executive Assistant, Gayle Johnson, at 714.898.3311 x 402. Failure to provide notice by the date and time stated above will terminate your right to further appeal.

Sincerely Yours,

Andrew E. Hall
Chief of Police

cc: Don Lamm, City Manager
    Bill Arganda

*Service with Integrity*