**EXHIBIT "3"**

Have you had a chance to confirm the plea on the Arganda matter (Westminster). I have no information about the Workers Comp case pending. I can ask the City about it, what is your offer for settlement?

Kelly

Kelly R. M. Irwin, Esq.

Ferguson, Praet & Sherman

(714) 953-5300

Fax (714) 953-1143

**From:** Rob Sergi [mailto:copslegal@verizon.net]
**Sent:** Thursday, March 25, 2010 2:47 PM
**To:** Kelly R.M. Irwin
**Subject:** Re: Arganda WPD

Kelly,

I just learned of the plea today but have not seen exactly what Mr. Arganda plead to except I do know it was misdemeanor charges involving the CLETS but not sure on the DV my understanding was that it was some type of battery but not a DV charge, but I could be wrong. It might be a little premature to withdraw at this time. But would the Dept be willing to settle along the lines of his WC claim he has pending?

On Mar 25, 2010, at 2:19 PM, Kelly R.M. Irwin wrote:

Robin~

It is my understanding that Mr. Arganda pled guilty to the DV and CLETS criminal charges. Can you please confirm? Under the circumstances, we assume that Mr. Arganda is withdrawing his administrative appeal. However, we would still like to tie up the final investigation and serve you with that.

Regards,

Kelly


Kelly R. M. Irwin, Esq.

Ferguson, Praet & Sherman

(714) 953-5300

Fax (714) 953-1143

---

**From:** Robin Sergi [mailto:copslegal@verizon.net]
**Sent:** Wednesday, March 10, 2010 8:28 AM
**To:** Kelly R.M. Irwin
**Subject:** Arganda WPD

Kelly,

I am an attorney with Lackie Dammeier & McGill and I am representing Bill Arganda in his administrative appeal. He has forwarded me your email of March 1, 2010. I would also request that we schedule the