**EXHIBIT "6"**

WILLIAM ARGANDA
6038 Warner Avenue
Huntington Beach, CA  92647
(714) 925-4436

In pro per

APR 2 6 2012

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

WILLIAM ARGANDA,

   Plaintiff,

   vs.

CITY OF WESTMINSTER,
a Municipal Corporation,

RONALD COOPMAN,
Chief of Police in his official capacity,

and

DOES 1 through 100, inclusive,

   Defendants.

Case No.  SACV11-01500 GW (VBK)

**PLAINTIFF' WILLIAM ARGANDA'S
RESPONSES TO DEFENDANTS'
FIRST SET OF
REQUESTS FOR ADMISSIONS**

PROPOUNDING PARTY:  Defendant, City of Westminster

RESPONDING PARTY:  Plaintiff, William Arganda

SET NO.:  One

   Defendant, William Arganda, in pro per, hereby responds to Defendant, City of Westminster, First Set of Requests for Admissions, as follows:

**REQUEST FOR ADMISSION NO. 1**

On or about September 16, 2009, you and your legal counsel were provided with a pre-termination ("Skelly") heard for alleged CLETS violations.

ANSWER: Objection. Asks for a legal conclusion. I do not know the legal requirements of a Skelly. I did meet with the Chief with my attorney on or about September 16, 2009. That meeting was tape recorded by my attorney, but I do not have the tape nor do I know if it still exists.

**REQUEST FOR ADMISSION NO. 2**

Following your termination for CLETS violations as of September 24, 2009, you and your legal counsel expressly agreed to postpone any post-termination hearing until after pending criminal charges were adjudicated.

ANSWER: Objection. Compound, ambiguous and unintelligible. Deny.

**REQUEST FOR ADMISSION NO. 3**

On or about March 19, 2010, you entered a guilty plea to a misdemeanor violation of *California Penal Code § 273. 5(a)*, domestic violence with corporal injury.

ANSWER: To the extent stated the in the Request, admitted; but denied that this is a complete statement of the plea.

**REQUEST FOR ADMISSION NO. 4**

On or about March 19, 2010, you entered a guilty plea to a misdemeanor violation of *California Vehicle Code § 1808.45*, misuse of law enforcement CLETS data base.

ANSWER: Deny.

**REQUEST FOR ADMISSION NO. 5**

As of May 25, 2010, you were represented by legal counsel, Robin Sergi, in all disciplinary matters pending with the City of Westminster.

ANSWER: Deny.

**REQUEST FOR ADMISSION NO. 6**

On or about May 25, 2010, your legal counsel, Robin Sergi, expressly waived any and all further rights to post-termination appeals based upon your convictions for criminal domestic and CLETS violations.

1   ANSWER: Deny.

2   **REQUEST FOR ADMISSION NO. 7**

3   From May 25, 2010, until April 6, 2011, neither you nor anyone acting on your behalf

4   contacted anyone at the City of Westminster or in any way requested any sort of administrative

5   appeal of your termination.

6   ANSWER: Object. State of Mind of a Third Party and compound. Deny.

7   **REQUEST FOR ADMISSION NO. 8**

8   Notwithstanding the administrative charges underlying your termination, you are legally

9   precluded from possessing a firearm as a result of your criminal conviction for domestic violence.

10  ANSWER: Objection. Calls for a legal conclusion. I do not know, and therefore, deny.

11  **REQUEST FOR ADMISSION NO. 9**

12  Without the ability to possess a firearm, you cannot be employed as a peace officer for the

13  City of Westminster or any other agency.

14  ANSWER: Objection. Compound, vague and ambiguous. Deny.

15  **REQUEST FOR ADMISSION NO. 10**

16  Your criminal conviction for the CLETS violations involved conduct which rose to the

17  level of dishonesty and moral turpitude.

18  ANSWER: Objection. Asks for a legal conclusion, is compound, vague, argumentative and

19  ambiguous. Deny.

20  **REQUEST FOR ADMISSION NO. 11**

21  Your acts of dishonesty and moral turpitude preclude you from employment as a peace

22  officer for the City of Westminster or any other agency.

23  ANSWER: Objection. Calls for a legal conclusion, is compound, argumentative. Deny.

24  ///

25  ///

26  ///

27  ///

28  ///

1  **REQUEST FOR ADMISSION NO. 12**

2       Any adversity to your "liberty" interest or reputation has been established as a result of

3  your criminal convictions.

4  ANSWER:  Objection.  Vague, ambiguous, compound, and asks for a legal conclusion as well as

5  speculation as to the meaning of the Request for Admission.  Deny.

6

7

8

9  Dated:  April 24, 2012

                                       William Arganda

10                                        *Plaintiff*
                                      In Pro Per

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

3      STATE OF CALIFORNIA, COUNTY OF ORANGE

4          I, Asia J. Young_____, am employed in the aforesaid County, State of California; I am
       over the age of 18 years and not a party to the within action. My business address is: 7071 Warner
5      Ave. #F Huntington Beach___, California.

6          On April 24, 2012, the foregoing PLAINTIFF WILLIAM ARGANDA'S RESPONSES TO
7      DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS on the interested parties in
       this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

8
       Bruce D. Praet, Esquire
9      Ferguson, Praet & Sherman
       1631 East 18th Street
10     Santa Ana, CA 92705

11
       XXX  (By Mail) I placed such envelope for deposit in accordance with office practice, sealed,
12          with postage thereon fully paid and the correspondence to be deposited in the United States
            mail at Santa Ana, California on the same day.
13
14     _____ (By Personal Service) I caused such envelope to be delivered by hand to the office of the
            addressee.
15
       _____ (State) I, declare under penalty of perjury under the laws of the State of California that the
16          foregoing is true and correct.

17     _____ (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I
            am employed in the office of a member of the bar of this Court at whose direction the
18          service was made.

19
       Executed on April 24, 2012, at Huntington Beach, California.
20

21

22                                                    Asia J. Young

23

24

25

26

27

28