UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ARGANDA, | ) | No. SA CV 11-01500-GW (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED |
| v. | ) ) | STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |
| CITY OF WESTMINSTER, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a _de novo_ determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, (2) granting Defendants City of Westminster and Ronald Coopman's Motion for Summary Judgment; and (3) directing that Judgment be entered dismissing the Complaint, and the action, with prejudice.

DATED: November 8, 2013

GEORGE H. WU
UNITED STATES DISTRICT JUDGE