JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ARGANDA, | ) | No. SA CV 11-01500-GW (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CITY OF WESTMINSTER, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action with prejudice.

DATED: November 8, 2013

GEORGE H. WU
UNITED STATES DISTRICT JUDGE